IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LONNIE BUTTS, | : | |
| Plaintiff | : | |
| VS. | : | |
| OFFICERS PARTAIN, OWENS, MASTERS, AKINS, BISHOP, MORRIS, and ABELLA, | : | NO. 1:07-cv-8 (WLS) |
| Defendants | : | **O R D E R** |

Plaintiff **LONNIE BUTTS**, presently an inmate at the Georgia Diagnostic and Classification Prison in Jackson, Georgia, in Albany, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. He has paid the initial partial filing fee of $73.80 as previously ordered by this Court. ***I. BACKGROUND***

Plaintiff files this action seeking damages for various Eighth Amendment violations that occurred while plaintiff was confined at the Crisp County Jail. Plaintiff alleges that defendants Partain, Owens, Masters, Akins, Bishop, Morris, and Abella, all officers at the Crisp County Jail, assaulted plaintiff on multiple occasions, including April 28, August 10, and September 25, 2006. According to plaintiff, the defendants threw him against both the wall and floor, sprayed him with pepper spray, and used a taser gun on him, all while plaintiff was handcuffed. Plaintiff further alleges that the defendants "beat [him] until [he could not] walk, then they drag[ged] [him] and put [him] in isolation with no food or water." On at least one occasion, plaintiff claims he went without

his mental health medication and tried to kill himself. Plaintiff additionally alleges that he suffered seizures after the April 28th and August 10th beatings, and that defendant Partain apparently denied plaintiff medical care.

## II. ORDER TO SUPPLEMENT

Although plaintiff's allegations appear to be serious, he fails to provide sufficient detail in his complaint to allow this Court to make a proper evaluation of claims. Because plaintiff is proceeding pro se, the Court will allow plaintiff to supplement his complaint. In his supplement, plaintiff is instructed to describe separately and in detail: (1) the events leading up to each incident of force; (2) any physical injuries plaintiff sustained; and (3) the involvement of <u>each</u> defendant in the incidents.

Plaintiff is hereby given thirty (30) days from receipt of this order to submit a supplement to his complaint, limited to these claims only. No other claims will be considered. If plaintiff fails to respond to this order in a timely manner, this action shall be dismissed. There shall be no service of process until further order of the Court.

**SO ORDERED**, this 23rd day of February, 2007.

*/s/ Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE