IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| LONNIE BUTTS, | : | |
| Plaintiff | : | |
| VS. | : | |
| Officer PARTAIN, *et al.*, | : | NO. 1:07-CV-8 (WLS) |
| Defendants | : | |
| | : | **O R D E R** |

Plaintiff **LONNIE BUTTS** tendered the above styled *pro se* civil rights complaint under 42 U.S.C. § 1983. On February 23, 2007, the Court instructed plaintiff to supplement his complaint. As of this date, plaintiff has failed to submit a supplemental complaint. It appears that plaintiff may not have received the February 23rd order, as there has been a change in plaintiff's address. In view of the foregoing, the Clerk of the Court is **DIRECTED** to mail a copy of this order and the February 23rd order to plaintiff's new address:

> Lonnie Butts
> GDC # 74194
> Valdosta State Prison
> P.O. Box 310
> Valdosta, GA 31603

Plaintiff shall be given until April 30, 2007, to comply with the Court's instructions. If plaintiff fails to respond to this order in a timely manner, the Court will assume plaintiff no longer wishes to pursue claims relating to the Crisp County Jail, where he was previously confined, and this action shall be dismissed.

**SO ORDERED**, this 5th day of April, 2007.


 */s/ Richard L. Hodge*  
RICHARD L. HODGE  
UNITED STATES MAGISTRATE JUDGE